373 A.2d 1140

Commonwealth v. Wilson, Appellant.

Submitted December 6, 1976.   David A. Martino and Leonard N. Zito, for appellant;  Michael Vedomsky, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1141

Commonwealth, Appellant, v. Wims.

Submitted December 6, 1976.   F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant;  Benjamin Lerner, Defender, for appellee.

Order affirmed.